BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant JONATHAN GARDNER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JONATHAN GARDNER, <br><br> Defendant. | No.   CR-09-823 JSW <br> ORDER GRANTING <br> **PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR PRISONER JACAREE CARTER AT THE MARIN COUNTY JAIL** <br><br> Date: November 12, 2009 <br> Time: 8:30 a.m. <br> Court: The Honorable Jeffrey S. White |

　　　　To the Honorable Jeffrey S. White, United States District Judge for the United States District Court for the Northern District of California:

　　　　Defendant Jonathan Gardner, by and through his attorney, Elizabeth M. Falk, respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Testificandum for the prisoner JACAREE YASIN CARTER.  The presence of JACAREE YASIN CARTER will be necessary before this Court, on November 12, 2009 at 8:30 a.m. and thereafter as required.

//

//

Writ of Habeas Corpus Ad Testificandum
CR-08-823 JSW                                                                 1

His place of custody and the jailor are set forth in the following proposed writ.

Dated: November 5, 2009

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/s/

ELIZABETH M. FALK
Assistant Federal Public Defender

**IT IS SO ORDERED.**

Dated: November 6, 2009

_____
THE HONORABLE JEFFREY S. WHITE
United States District Judge

Writ of Habeas Corpus Ad Testificandum
CR-08-823 JSW

2

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To:  Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Bureau of Prisons for the United States of America, and Captain David Augustus, Warden, Marin County Jail, 3501 Civic Center Drive, San Rafael, CA 94903:

**GREETINGS**

The prisoner JACAREE YASIN CARTER, Jail ID. No. P00175957, is now in custody in the above-referenced jail. He is to testify in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, 19th floor, courtroom #11, San Francisco, California 94102 on November 12, 2009 at 8:30 a.m. Accordingly,

WE COMMAND that you produce the prisoner in this Court forthwith. You shall bring him before the Honorable Jeffrey S. White, United States District Judge. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, you shall return the prisoner to the above-referenced prison, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced jail, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Jeffrey S. White, United States District Judge of the United States District Court for the Northern District of California.

Dated: November 6, 2009

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Lashenda Scott*
_____
DEPUTY CLERK

Writ of Habeas Corpus Ad Testificandum
CR-08-823 JSW                                           3