JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6840
   Facsimile: (415) 436-7234
   Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-0823 JSW |
|    Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |
| JONATHAN C. GARDNER, ) | |
|    Defendant. ) | |

On December 2, 2009, the parties in this case appeared before the Court for a continued hearing on the defendant's motion to suppress. At the hearing, the Court granted the motion and set January 7, 2010 as the date for a status hearing. On January 4, 2010, the Court moved the status hearing from January 7, 2010 to February 11, 2010. During the December 2, 2009 hearing, the parties requested that the period between December 2, 2009 and January 7, 2010 – the original date of the status hearing – be excluded from any time limits applicable under 18 U.S.C. § 3161. The parties agreed that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties

STIP. & [PROPOSED] ORDER EXCL.TIME
CR 09-0823 JSW

also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent with this agreement.

On December 29, 2009, the United States filed a Notice of Appeal of the Court's December 2, 2009 order granting the defendant's motion to suppress. The parties agree that the filing of the December 29, 2009 notice of appeal serves to exclude time under 18 U.S.C. § 3161(h)(1)(C) (excluding periods of delay arising from an interlocutory appeal).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: January 6, 2010         /s/
KEVIN J. BARRY
Assistant United States Attorney

DATED: January 6, 2010         /s/
ELIZABETH M. FALK
Attorney for JONATHAN C. GARDNER

## [~~PROPOSED~~] ORDER

For the reasons stated above and discussed at the December 2, 2009 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from December 2, 2009 through February 11, 2010 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Specifically, based on the Court's prior findings, the period of time from December 2, 2009 through January 7, 2010 is excluded to allow time for the effective preparation of counsel, under 18 U.S.C. § 3161(h)(7)(B)(iv), and the period of time after December 29, 2009 and through February 11, 2010 is excluded through the government's filing of a notice of appeal, under 18 U.S.C. § 3161(h)(1)(C). The failure to grant the requested

STIP. & [~~PROPOSED~~] ORDER EXCL.TIME
CR 09-0823 JSW

1  exclusion of time would deny counsel for the defendant and for the government the reasonable
2  time necessary for effective preparation, taking into account the exercise of due diligence, and
3  would result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(iv).

5     IT IS SO ORDERED.

7  DATED: January 6, 2010          _____
                                    THE HONORABLE JEFFREY S. WHITE
8                                   United States District Judge

STIP. & [PROPOSED] ORDER EXCL.TIME
CR 09-0823 JSW                                                                               3